UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21 cr 150(KAD)(RAR) |
| v. | VIOLATIONS: |
| GLEN DAUPHIN | 26 U.S.C. §§ 5841, 5845(a)(7), 5861 and 5871 (Possession of an Unregistered Silencer) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession of an Unregistered Silencer)

1.  On or about June 24, 2021, in the District of Connecticut, the defendant GLEN DAUPHIN, did knowingly possess a firearm, that is, a firearm silencer, described as one black cylindrical device, which was not registered to the defendant in the National Firearms and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

COUNT TWO
(Possession of an Unregistered Silencer)

2.  On or about June 24, 2021, in the District of Connecticut, the defendant GLEN DAUPHIN, did knowingly possess a firearm, that is, a firearm silencer, described as one modified WIX fuel filter, model number 24003, which was not

registered to the defendant in the National Firearms and Transfer Record, attached to a Harrington and Richardson, Model AAC 300 caliber rifle bearing serial number CBA438962.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

## FORFEITURE ALLEGATION

3.    Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant GLEN DAUPHIN shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all unregistered devices involved in the commission of the offense, including but not limited to the silencers described in Counts One and Two of this Indictment which were seized from the defendant's residence on or about June 24, 2021.

All in accordance with Title 18, United States Code, Section 924, Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
BRIAN LEAMING
ASSISTANT UNITED STATES ATTORNEY

_____
MARGARET DONOVAN
ASSISTANT UNITED STATES ATTORNEY